[This decision has been published in *Ohio Official Reports* at 95 Ohio St.3d 324.]

THE STATE EX REL. YOUNG, APPELLANT, *v*. U.S. ENERGY CORPORATION ET AL.; INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Young v. U.S. Energy Corp.*, 2002-Ohio-2215.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 2001-1264—Submitted April 9, 2002—Decided May 22, 2002.)

APPEAL from the Court of Appeals for Franklin County, No. 00AP-902.

———————————

{¶1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————

Robert M. Robinson, for appellant.

Betty D. Montgomery, Attorney General, and Jacob Dobres, Assistant Attorney General, for appellee.

———————————